1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224

5  Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LINDALE DANCE INCORPORATED,<br><br>et. al.,<br><br>　　　　Defendants. | Case No.: CIV.S-09-01898 FCD DAD<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |

TO THE COURT AND ALL PARTIES:

　　The parties in this matter have settled this case. The Court ordered all dispositional documents to be filed by November 6, 2009. Plaintiff's Counsel respectfully requests an extension until December 7, 2009 to file dispositional documents due to the fact that Plaintiff has not received a settlement agreement from the Defendants.

Dated: November 3, 2009

                                      /s/Scott N. Johnson
                                      SCOTT N. JOHNSON
                                      Plaintiff

## **ORDER**

    IT IS HEREBY ORDERED THAT dispositional documents shall be filed no later than December 7, 2009.

Dated:  November 4, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE